UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANCES KENWORTHY,

       Plaintiff,                                Case No: 1:13-cv-875

v.                                                  HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 29, 2014, recommending that this Court reverse the Commissioner's decision and remand this matter for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 19) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is REVERSED and REMANDED for further factual findings.

A Judgment will be entered consistent with this Order.

Dated: September 18, 2014                                 /s/ Janet T. Neff
                                                                         JANET T. NEFF
                                                                         United States District Judge